IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROL A. WALKER,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

Case No. 3:11-cv-990-AA

ORDER

AIKEN, Chief Judge:

    Plaintiff moves for an award of costs and also for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. Defendant objects to any award, arguing that the position of the Commissioner was substantially justified. Alternatively, defendant argues that the amount of fees sought is unreasonable.

    Upon review of the record and the arguments presented, I find that the Commissioner's position was not substantially justified with respect to the issue remanded by the court, and that the hours submitted by plaintiff's counsel were reasonably expended.

1   - ORDER

Accordingly, plaintiff's Motion for EAJA Fees (doc. 24) is GRANTED, and plaintiff is awarded $12.02 in costs and $5,328.17 in attorney fees.

IT IS SO ORDERED.

DATED this 19th day of March, 2013.

_____
Ann Aiken
United States District Judge

2    - ORDER